United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Leslie A. Spalding
Jennifer E. Haynes
    Debtors

Case No. 11-17743-elf
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP                    Page 1 of 1                    Date Rcvd: Oct 05, 2016
                              Form ID: trc                 Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 07, 2016.
12925725         ACM Patriot LN IV B LLC,    c/o ACM F4 Processing LLC,    PO Box 347726,
                   Pittsburgh, PA 15251-4726

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2016                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 5, 2016 at the address(es) listed below:
        ANN E. SWARTZ    on behalf of Creditor    The Patriot Group LLC ecfmail@mwc-law.com,
         ecfmail@mwc-law.com
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    The Patriot Group LLC bkgroup@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        PAMELA ELCHERT THURMOND     on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
         james.feighan@phila.gov
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        VALERIE A. HIBBERT    on behalf of Debtor Leslie A. Spalding vah963@gmail.com
        VALERIE A. HIBBERT    on behalf of Joint Debtor Jennifer E. Haynes vah963@gmail.com
        WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
         philaecf@gmail.com
        WILLIAM C. MILLER    ecfemails@ph13trustee.com,    philaecf@gmail.com
        WILLIAM EDWARD CRAIG    on behalf of Creditor    Toyota Motor Credit Corporation
         mortonlaw.bcraig@verizon.net,    mhazlett@mortoncraig.com
                                                                                  TOTAL: 9

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 11-17743-elf
Chapter 13

In re: Debtor(s) (including Name and Address)

Leslie A. Spalding
1801 Georges Lane
Philadelphia PA 19131

Jennifer E. Haynes
1801 Georges Lane
Philadelphia PA 19131

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/04/2016.

Name and Address of Alleged Transferor(s):

Claim No. 12: ACM Patriot LN IV B LLC, c/o ACM F4 Processing LLC, PO Box 347726, Pittsburgh, PA 15251-4726

Name and Address of Transferee:

FMM Bushnell, LLC
3144 S. Winton Road
Rochester, NY 14623

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   10/07/16

Tim McGrath
**CLERK OF THE COURT**