# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 11-17743-ELF

LESLIE A SPALDING
JENNIFER E HAYNES

1801 GEORGES LANE
PHILADELPHIA, PA 19131

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    LESLIE A SPALDING
    JENNIFER E HAYNES

    1801 GEORGES LANE
    PHILADELPHIA, PA 19131

Counsel for debtor(s), by electronic notice only.

    VALERIE A HIBBERT, ESQ.
    18 NORTH LANSDOWNE AVE

    LANSDOWNE, PA 19050-

Date: 10/21/2016

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee