Certificate Number: 03461-PAE-DE-028730417

Bankruptcy Case Number: 11-17743

03461-PAE-DE-028730417

# CERTIFICATE OF DEBTOR EDUCATION


MAY 2 4 2017

I CERTIFY that on <u>February 7, 2017</u>, at <u>10:22</u> o'clock <u>AM EST</u>, <u>Jennifer Haynes</u> completed a course on personal financial management given <u>by internet</u> by <u>Consumer Credit Counseling Service of Delaware Valley dba Clarifi</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>February 7, 2017</u>          By:    <u>/s/Nicole Evans</u>

                                        Name:  <u>Nicole Evans</u>

                                        Title: <u>Credit Counselor</u>