Leslie Spalding
BK# 1117743 ELF
Jennifer Haynes
BK# 1117743 ELF

May 23, 2017

Complaint Letter   page 1 of 2
Clerk office

MAY 24 2017

TO: Hon. Eric L. Frank

We are writing you to inform you that we have been having trouble contacting our Attorney Valerie Hibbert. We have been reaching out to her since 2/7/17 when we completed the second class and we sent her our certifications by e-mail on 2/7/17.

Ms. Hibbert has yet responded to us. We have also been calling and e-mailing her; she has not comply with the courts to submitt all of our paper work to the courts so we may be discharged.

We are attaching our certifications and also the forms for Domestic Discharge papers.

Also their Mortgage Company has not submitted the information that the Courts have asked for.


Page 2 of 2

Leslie Spalding
BK# 1117743 ELF

Complaint Letter

Jennifer Haynes
BK# 1117743 ELF

If there is anything else we need could you please contact us to let us know

Sincerly

Jennifer Haynes
BK# 1117743 ELF

Leslie A Spalding
BK# 1117743 ELF