Certificate Number: 03461-PAE-DE-028730418

Bankruptcy Case Number: 11-17743



03461-PAE-DE-028730418

# CERTIFICATE OF DEBTOR EDUCATION

MAY 2 4 201

I CERTIFY that on <u>February 7, 2017</u>, at <u>10:22</u> o'clock <u>AM EST</u>, <u>Leslie Spalding</u> completed a course on personal financial management given <u>by internet</u> by <u>Consumer Credit Counseling Service of Delaware Valley dba Clarifi</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   February 7, 2017            By:    /s/Nicole Evans

                                    Name:  Nicole Evans

                                    Title: Credit Counselor