*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Leslie A. Spalding and
Jennifer E. Haynes
    Debtor(s)

Case No: 11−17743−elf
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank, United States Bankruptcy Judge to consider:

Letter for Entry of Discharge

    on: 6/27/17

    at: 01:00 PM

    in: Courtroom #1, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 5/31/17

Timothy B. McGrath
Clerk of Court

149 − 146
Form 167