United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 11-17743-elf
Leslie A. Spalding                                                      Chapter 13
Jennifer E. Haynes
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP              Page 1 of 2              Date Rcvd: May 31, 2017
                              Form ID: 167             Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 02, 2017.
```
db/jdb        +Leslie A. Spalding,    Jennifer E. Haynes,    1801 Georges Lane,    Philadelphia, PA 19131-3216
cr           ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court:  Toyota Motor Credit Corporation,    19001 South Western Avenue,
                 P.O. Box 2958,    Torrance, CA  90509-2958)
12925725       ACM Patriot LN IV B LLC,    c/o ACM F4 Processing LLC,    PO Box 347726,
                 Pittsburgh, PA 15251-4726
12642157      +AMS Servicing,    3374 Walden Avenue,    Suite 120,    Depew, NY 14043-2437
12562467      +CENTRL FINCL,    PO BOX 66051,   Anahheim,CA 92816-6051
12562469      +Children's Hospital,    Lock Box 8017,    PO Box 8225,    Philadelphia, PA 19101-8225
12562468      +Childrens Hospital,    PO Box 8500,    Philadelphia, PA 19178-8500
12562471      +FIRST NATIONALC COLLECTION BUREAU,    610 Waltham Way,    Sparks ,NV 89434-6695
13803457      +FMM Bushnell, LLC,    3144 S. Winton Road,    Rochester, NY 14623-2932
12562472      +First Premier Bank,    PO Box 5529,    Sioux Falls, SD 57117-5529
12562473       GIMMYS,    112 7TH Ave,    Monrow, WI 53566
12618902      +Ginny's,    c/o Creditors Bankruptcy Service,    P.O. Box 740933,    Dallas, TX 75374-0933
12618453      +Monroe & Main,    c/o Creditors Bankruptcy Service,    P.O. Box 740933,    Dallas, TX 75374-0933
12569875      +North Star Capital Acquisition,    170 Northpointe Pkwy,    Suite 300,    Amherst, NY 14228-1992
12562465      +PO box 3097,    Bloomington, IL 61702-3097
12562474      +Patriot Group LLC,    190 Lawrence Bell Drive,    Suite 104,    Buffalo, NY 14221-7816
12562475      +RJM ACQ LLC,    575 Underhill Blvd. Suite 224,    Syosset NY 11791-3416
12572725       Toyota Motor Credit Corporation (TMCC),    PO Box 9490,    Cedar Rapids, Iowa 52409-9490
12657604       VERIZON,    PO BOX 3037,    BLOOMINGTON, IL 61702-3037
12562479      +VERIZON PENNSYLVANIA,    500 Technology Drive,    Weldon Spring, MO 63304-2225
12657605       VERIZON WIRELESS,    PO BOX 3397,    BLOOMINGTON, IL 61702-3397
12562480      +WFNNB/NY & CO,    PO BOX 182789,    COLUMBUS, OH 43218-2789
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             E-mail/Text: bankruptcy@phila.gov Jun 01 2017 01:19:25    City of Philadelphia,
                 Law Revenue Department,    c/o Pamela Elchert Thurmond,    1401 JFK Boulevard,
                 5th Floor, Municipal Services Bldg,    Philadelphia, PA  19102
cr             E-mail/PDF: rmscedi@recoverycorp.com Jun 01 2017 01:21:53     Granite Recovery LLC,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
cr             E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 01 2017 01:32:39
                 Midland Funding LLC by American InfoSource LP as a,    Attn: Department 1,    PO Box 4457,
                 Houston, TX  77210-4457
cr             E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 01 2017 01:32:39
                 Midland Funding LLC by American InfoSource LP as a,    PO Box 4457,    Houston, TX  77210-4457
12562461      +E-mail/Text: jhill@arc1.biz Jun 01 2017 01:19:05     ACCOUNT RESOLUTION C,
                 17600 Chesterfield Airpo,    Chesterfield, MO 63005-1246
12562462      +E-mail/Text: equiles@philapark.org Jun 01 2017 01:19:35     ACS Inc,    PO box 41818,
                 Philadelphia, PA 19101-1818
12600537      +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jun 01 2017 01:19:03     ASSET ACCEPTANCE LLC,
                 PO BOX 2036,    WARREN MI 48090-2036
12565470      +E-mail/Text: EBNProcessing@afni.com Jun 01 2017 01:19:08     Afni, Inc.,    PO Box 3667,
                 Bloomington, IL 61702-3667
12562470      +E-mail/Text: bankruptcy@phila.gov Jun 01 2017 01:19:25    City of Philadelphia,
                 Department of Rev.,    PO Box 148,    Phila., PA 19105-0148
12672606      +E-mail/Text: bankruptcy@phila.gov Jun 01 2017 01:19:25    City of Philadelphia Law Department,
                 School District of Philadelphia,    1515 Arch Street 15th Fl Tax Unit,
                 Philadelphia PA 19102-1501
12626221       E-mail/PDF: rmscedi@recoverycorp.com Jun 01 2017 01:21:59     Granite Recovery LLC,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
13028764       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 01 2017 01:32:44     Midland Funding LLC,
                 by American InfoSource LP as agent,    Attn: Department 1,    PO Box 4457,
                 Houston, TX  77210-4457
12933966       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 01 2017 01:32:43     Midland Funding LLC,
                 by American InfoSource LP as agent,    PO Box 4457,    Houston, TX  77210-4457
12628928      +E-mail/Text: bankruptcygroup@peco-energy.com Jun 01 2017 01:18:45     PECO Energy Company,
                 c/o Merrick Friel,    2301 Market Street, S23-1,    Philadelphia, PA 19103-1380
12602491       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 01 2017 01:39:48
                 Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk VA 23541
12666497      +E-mail/Text: equiles@philapark.org Jun 01 2017 01:19:35     Philadelphia Parking Authority,
                 3101 Market Street  2nd floor,    Philadelphia, PA 19104-2806
12632205       E-mail/Text: bnc-quantum@quantum3group.com Jun 01 2017 01:18:47
                 Quantum3 Group LLC as agent for,    GC III LLC,    PO Box 788,    Kirkland, WA  98083-0788
12604935       E-mail/Text: rmscedi@recoverycorp.com Jun 01 2017 01:21:46
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
12577041       E-mail/Text: bnc-quantum@quantum3group.com Jun 01 2017 01:18:47
                 World Financial Network National Bank,    Quantum3 Group LLC,    PO Box 788,
                 Kirkland, WA  98083-0788
                                                                                              TOTAL: 19
```

```
District/off: 0313-2          User: PaulP                  Page 2 of 2                  Date Rcvd: May 31, 2017
                              Form ID: 167                 Total Noticed: 41


             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12562463          AFNI, INC
12562464          ANDERON FIN NETWORK,   404 Brock Dr.
12562466          CACH LLC
12562476          RJM ACQ LLC
cr*               ACM Patriot LN IV B, LLC,   c/o ACM F4 Processing LLC,   PO Box 347726,
                   Pittsburgh, PA  15251-4726
cr*               Midland Funding LLC by American InfoSource LP as a,   Attn: Department 1,   PO Box 4457,
                   Houston, TX  77210-4457
13028765*         Midland Funding LLC,   by American InfoSource LP as agent,   Attn: Department 1,   PO Box 4457,
                   Houston, TX  77210-4457
12562478*        ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
                  (address filed with court: Toyota Motor Leasing,    PO Box 5855,    Carol Stream, IL 60197)
cr               ##+ACM Patriot LN IV B LLC,   c/o Servicios PQP, Inc.,   Attn: IMP/177210034,
                   230 CrossKeyes Office Park,   Fairport, NY 14450-3510
12562477         ##+RMS,   77 Hartland Street,   PO Box 280431,   East Hartford, CT 06128-0431
                                                                                          TOTALS: 4, * 4, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 02, 2017                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 31, 2017 at the address(es) listed below:
              ANN E. SWARTZ    on behalf of Creditor    The Patriot Group LLC ecfmail@mwc-law.com,
               ecfmail@mwc-law.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    The Patriot Group LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
               james.feighan@phila.gov
              THOMAS I. PULEO    on behalf of Creditor    ACM Patriot LN IV B LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              VALERIE A. HIBBERT    on behalf of Joint Debtor Jennifer E. Haynes vah963@gmail.com
              VALERIE A. HIBBERT    on behalf of Debtor Leslie A. Spalding vah963@gmail.com
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Toyota Motor Credit Corporation
               mortonlaw.bcraig@verizon.net,  mhazlett@mortoncraig.com
                                                                                             TOTAL: 10
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Leslie A. Spalding and
Jennifer E. Haynes
    Debtor(s)

Case No: 11−17743−elf

Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank , United States Bankruptcy Judge to consider:

Letter for Entry of Discharge

on: 6/27/17

at: 01:00 PM

in: Courtroom #1, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 5/31/17

Timothy B. McGrath
Clerk of Court

149 − 146
Form 167