UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

In re:  )
Leslie A. Spalding  )
Jennifer E. Haynes  )   Chapter 13
 )   Case No. 11-17743
        Debtors   )

## CERTIFICATION OF DEFAULT

TO THE CLERK OF COURT:

The undersigned, counsel for secured creditor FMM Bushnell, LLC, assignee of ACM Patriot LN IV B, LLC, assignee of The Patriot Group, LLC, hereby certifies that Debtors are and remain in default under the Stipulation between Debtors and The Patriot Group, LLC, and that although notice of such default has been provided under such Stipulation (see Exhibit "A" hereto), and the requisite fifteen (15) days have passed, such default has not been cured.

Accordingly, pursuant to the Stipulation, kindly submit the instant matter to the Court for the entry of a Relief Order in the form attached hereto as Exhibit "B".

JSDC LAW OFFICES

By:   /s/BRIAN H. SMITH
    BRIAN H. SMITH, ESQUIRE
    Attorneys for FMM Bushnell, LLC
    PO Box 650
    Hershey, PA 17033
    tel. (717) 533-3280/fax (717) 298-2085

# EXHIBIT

# A

# JSDC LAW OFFICES

JAMES • SMITH • DIETTERICK • CONNELLY • CHABAL • YAHN • SEEBER • TOMASKO

**Mailing:**
P.O. Box 650
Hershey, PA 17033
**Main Office:**
134 Sipe Avenue
Hummelstown, PA 17036
**West Shore Location:**
555 Gettysburg Pike
Suite C400
Mechanicsburg, PA 17055
WWW.JSDC.COM

Gary L. James
Max J. Smith, Jr.
John J. Connelly, Jr.
Scott A. Dietterick
Matthew Chabal, III
Neil W. Yahn
Edward P. Seeber
Ronald T. Tomasko
James F. Spade
Susan M. Kadel
Courtney K. Powell
Christine T. Brann
Jessica E. Smith
Gregory A. Kogut, Jr.
Teresa M. Reifsnyder
James D. Young
Cayla B. Jakubowitz
Alexis M. Miloszewski
Kathryn L. Mason
Brian H. Smith
**Of Counsel:**
Gregory K. Richards
Andrew H. Briggs

June 2, 2017

Leslie A. Spalding
Jennifer E. Haynes
1801 Georges Lane
Philadelphia, PA 19131

Valerie A. Hibbert, Esquire
Valerie A. Hibbert, Esquire, P.C.
18 North Lansdowne Avenue
Lansdowne, PA 19050

Re:    Leslie A. Spalding/Jennifer E. Haynes
       Bankruptcy #11-17743

Dear Mesdames,

The undersigned represents FMM Bushnell, LLC, assignee of ACM Patriot LN IV B, LLC, assignee of The Patriot Group, LLC, secured creditor in the above.

Please be advised that the Stipulation entered into as of January 23, 2012 and subsequently approved by the Court, is in default. Specifically, the monthly payments ($1,102.10 per month) from and including April 1, 2016 through and including June 1, 2017, plus associated late charges ($55.11 per month) have not been received. The total of payments and late charges due as of the date of this letter is $17,358.15.

Accordingly, this shall constitute notice under paragraph 4 of the Stipulation that if the aforementioned defaults are not corrected within fifteen (15) days of the date of this letter, my client will file a certification of default and request that a relief order be entered.

Thank you.

Very truly yours,

JSDC LAW OFFICES

Brian H. Smith, Esquire

cc: FMM Bushnell, LLC (via email)

# EXHIBIT

# B

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

In re: )
Leslie A. Spalding )
Jennifer E. Haynes ) Chapter 13
) Case No. 11-17743
Debtors )

## ORDER

AND NOW, this ____ day of _____, 201__, upon certification of default under the Stipulation between Debtors and The Patriot Group, LLC, IT IS HEREBY ORDERED AND DECREED that:

(1) The Automatic Stay of all proceedings, as provided under 11 U.S.C. sections 362 and 1301 (if applicable), is modified as to FMM Bushnell, LLC, assignee of ACM Patriot LN IV B, LLC, assignee of The Patriot Group, LLC, for the premises 1801 Georges Lane, Philadelphia, PA 19131.

(2) Pursuant to the aforementioned Stipulation, the stay of proceedings under Bankruptcy Rule 4001 (a)(3) shall not apply, and Movant may enforce the provisions of this Order immediately.

BY THE COURT:

_____
B.J.

cc:   All Counsel of Record
      Chapter 13 Trustee
      Debtors
      Office of the U.S. Trustee

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | |
|---|---|
| In re: ) | |
| Leslie A. Spalding ) | |
| Jennifer E. Haynes ) | Chapter 13 |
| ) | Case No. 11-17743 |
| Debtors ) | |

### CERTIFICATE OF SERVICE OF CERTIFICATION OF DEFAULT

The undersigned, by the date shown below, certifies that true and correct copies of the Certification of Default regarding FMM Bushnell, LLC, assignee of ACM Patriot LN IV B, LLC, assignee of The Patriot Group, were served upon the following via first-class US regular mail, postage prepaid:

Debtor's Counsel:
Valerie A. Hibbert, Esquire
Valerie A. Hibbert, Esquire, P.C.
18 North Lansdowne Avenue
Lansdowne, PA 19050

William C. Miller, Esquire
Chapter 13 Trustee
111 S. Independence Mall
Suite 583
Philadelphia, PA 19106

Debtors:
Leslie A. Spalding
Jennifer E. Haynes
1801 Georges Lane
Philadelphia, PA 19131

Office of the U.S. Trustee
833 Chestnut Street, Ste. 500
Philadelphia, PA 19107

Date: June 19, 2017

JSDC LAW OFFICES

By:/s/Brian H. Smith
Brian H. Smith, Esquire
PO Box 650
Hershey, PA 17033
tel. (717) 533-3280
fax. (717) 298-2085
Attorneys for FMM Bushnell, LLC