United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Leslie A. Spalding
Jennifer E. Haynes
    Debtors

Case No. 11-17743-elf
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: PaulP     Page 1 of 1     Date Rcvd: Jun 28, 2017
                       Form ID: 195     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2017.
db/jdb       +Leslie A. Spalding,    Jennifer E. Haynes,    1801 Georges Lane,    Philadelphia, PA 19131-3216

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2017                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 28, 2017 at the address(es) listed below:
         ANN E. SWARTZ     on behalf of Creditor    The Patriot Group LLC ecfmail@mwc-law.com,
          ecfmail@mwc-law.com
         BRIAN H. SMITH     on behalf of Creditor    ACM Patriot LN IV B, LLC BHS@JSDC.COM,
          cmb@jsdc.com;cls@jsdc.com;eaf@jsdc.com
         JOSHUA ISAAC GOLDMAN     on behalf of Creditor    The Patriot Group LLC bkgroup@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         PAMELA ELCHERT THURMOND     on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
          james.feighan@phila.gov
         THOMAS I. PULEO     on behalf of Creditor    ACM Patriot LN IV B LLC tpuleo@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
         VALERIE A. HIBBERT     on behalf of Debtor Leslie A. Spalding vah963@gmail.com
         VALERIE A. HIBBERT     on behalf of Joint Debtor Jennifer E. Haynes vah963@gmail.com
         WILLIAM C. MILLER     on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
          philaecf@gmail.com
         WILLIAM C. MILLER, Esq.     ecfemails@ph13trustee.com,    philaecf@gmail.com
         WILLIAM EDWARD CRAIG     on behalf of Creditor    Toyota Motor Credit Corporation
          ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                                   TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 13

Leslie A. Spalding and Jennifer E. Haynes   : Case No. 11−17743−elf

    Debtor(s)

*ORDER*
_____

AND NOW, this day , June 28, 2017 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Eric L. Frank
Chief Judge , United States Bankruptcy Court

157
Form 195